
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAY -8 PM 1: 11

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

RICHARD C. GALLIEN and )
HARRY P. GALLIEN, JR., )
                               )
   Plaintiffs,           )
                               )
v.                       )    Case No. CV408-241
                               )
JERALD BINKLEY, MYKHAEL )
FINCHER, STEVE MENGES, et al., )
                               )
   Defendants.        )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 8th day of MAY, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA